# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101−1708

In re:  Bk. No. 14−12098−JMD
Chapter 7

Michael John Henderson
    Debtor

## ORDER CLOSING CASE

It appears from the records of the Court that the estate of the above−named debtor has been fully administered.

IT IS ORDERED THAT:

The Trustee is discharged as trustee of the estate of the above−named debtor and the bond is cancelled.

The chapter 7 case of the above−named debtor is closed.

    ENTERED at Manchester, New Hampshire.

Date: February 9, 2015                                             /s/ J. Michael Deasy
                                                                   J. Michael Deasy
                                                                   Bankruptcy Judge

Form GTotocloscstmp−136